Balam O. Letona, Esq. (Cal. Bar No. 229642)
Law Office of Balam O. Letona, Inc.
1146 Soquel Avenue, #5527
Santa Cruz, CA 95063
Telephone: (831) 421-0200
Facsimile:  (831) 421-0400
balam@letonalaw.com

Attorney for Plaintiff:
Ishmail Muntasir Rashid Wesley

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISHMAIL MUNTASIR RASHID WESLEY,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC., and DOES 1-10.<br><br>Defendants. | Case No. 4:22-cv-01485 JSW<br><br>**[PROPOSED ORDER] PLAINTIFF'S NOTICE OF SETTLEMENT IN PRINCIPLE** |

Plaintiff respectfully notifies the Court that Plaintiff and the remaining Defendant Equifax Information Services, LLC., have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the Settlement Agreement ("Agreement"). The parties intend to finish that process as soon as practicable, but respectfully request that the parties are given 45 days to finalize and execute on any Agreement. Accordingly, Plaintiff respectfully requests that the Court vacate all deadlines including the October 7, 2022, Case Management Conference (Docket #21), and the Settlement Conference scheduled for September 30, 2022 with Magistrate Judge Sallie Kim (Docket #26). In the event the parties are unable to concur on a written Agreement Plaintiff respectfully requests permission to notify the Court and

request a Case Management Conference.

Dated 9/25/2022                Respectfully submitted,

                               Law Office of Balam O. Letona, Inc.

                               */s/ Balam O. Letona*
                               _____
                               Balam O. Letona, Esq.
                               Attorney for Plaintiff

### ORDER

Pursuant to the Plaintiff's Notice of Settlement, the Case Management Conference currently set for October 7, 2022, is vacated and the Settlement Conference set for September 30, 2022 is vacated. Plaintiff shall file a stipulated notice of dismissal on or by November 9, 2022 or file a notice with this Court requesting a Case Management Conference.

Dated:  September 26, 2022

_____
JEFFREY S. WHITE
United States District Judge